# SEVENTH COURT OF APPEALS
## SET FOR SUBMISSION ON ORAL ARGUMENT MONDAY, April 6, 2015
## AT 9:00 A.M.

(Before Chief Justice Brian Quinn, Justice James T. Campbell, Justice Patrick A. Pirtle)

**07-14-00105-CV**   Marion Brecheisen v. Tessa Dawn                Hansford County
                     Brecheisen, Michael Keith Brecheisen,
                     and Rabo Agrifinance, Inc.

                     Richard Naylor – Appellant                     O/A Requested

                     RINEY & MAYFIELD LLP                           Waived
                       W. Heath Hendrick – Appellee

**07-14-00163-CR**   Fernando Pena v. The State of Texas            Hale County

                     EASTERWOOD, BOYD &                             O/A Requested
                       SIMMONS, P.C.
                       James Johnston – Appellant

                     Meredith Bridges, Assistant District           O/A Requested
                       Attorney – State

**07-14-00227-CR**   Eric Reginald Woods v. The State of Texas      Potter County

                     John Bennett – Appellant                       O/A Requested

                     Katherine Levy, Assistant District             O/A Requested
                       Attorney – State